Enter JS6

FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JAMES HABERLIN,               ) Case No. CV 08-00099 R (AN)
          Petitioner,         ) JUDGMENT
     v.                       )
JOHN MARSHALL, Warden,        )
          Respondent.         )
_____)

IT IS HEREBY ADJUDGED AND DECREED THAT the pending Petition is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction.

Dated: June 1, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY